UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERESA FLORES,
                      Plaintiff,

       -v-

CHIPOTLE MEXICAN GRILL *et al.*,
                      Defendants.

23-CV-2259 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      This case was removed from New York Supreme Court, Bronx County, on March 16, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than April 14, 2023.

      Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by March 25, 2023.

      SO ORDERED.

Dated: March 21, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge